# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**FILED** CR 13 00379 2013 MAY 28 PM 2:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY: _____

Case Number _____  Defendant Number _____
U.S.A. v. Scott London  Year of Birth 1962
☐ Indictment  ☑ Information  Investigative agency (FBI, DEA, etc.) FBI

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a:
   ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
   ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense Oct 2010 through March 2013
c. County in which first offense occurred _____

d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles    ☐ Ventura
   ☐ Orange         ☐ Santa Barbara
   ☐ Riverside      ☐ San Luis Obispo
   ☐ San Bernardino ☐ Other _____
Citation of offense 15 USC 78j(b), 78ff

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☑ Yes
   IF YES  Case Number 13-314

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** United States v. Bryan Shaw, CR 13-314

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: April 11, 2013
   Case Number 13-mj-1058-DUTY
   Charging 18 USC 371

The complaint:  ☑ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☐ No
IF YES, list language and/or dialect:
_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**OTHER**
- ☒ Male
- ☐ Female
- ☒ U.S. Citizen
- ☐ Alien
- Alias Name(s) _____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☒ Other: Securities Fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: April 11, 2013
b. Posted bond at complaint level on: April 11, 2013 in the amount of $ 150,000
c. PSA supervision?  ☒ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☒ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☒ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: On May 10, 2013, Magistrate Judge Alicia G. Rosenberg issued order excluding time to file an information or indictment from May 10, 2013 to and including May 30, 2013

Date  5/28/13

Signature of Assistant U.S. Attorney

JAMES A. BOWMAN
*Print Name*