```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    JAMES A. BOWMAN (Cal. Bar No. 220227)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California  90012
         Telephone: (213) 894-2213
 7       Facsimile: (213) 894-6269
         E-mail:  james.bowman@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 13-379-UA |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] **ORDER CONTINUING DATE** |
| | ) **FOR POST-INDICTMENT ARRAIGNMENT** |
| v. | ) |
| | ) **Current PIA: May 30, 2013** |
| SCOTT LONDON, | ) |
| | ) **Prop. PIA: June 17, 2013** |
| Defendant. | ) |

The Court has read and considered the Stipulation Regarding Request for Continuance of Post Indictment Arraignment, filed by the parties in this matter on May 29, 2013. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the date for Post Indictment Arraignment.

///

1  THEREFORE, FOR GOOD CAUSE SHOWN, defendant's post-indictment
2  arraignment is continued from May 30, 2013 at 1:00 p.m. to June
3  17, 2013 at 1:00 p.m.

5     IT IS SO ORDERED.

7  _5/29/13_____            __[signature]_____
8  DATE                         THE HONORABLE CHARLES F. EICK
                                UNITED STATES MAGISTRATE JUDGE

13 Presented by:

   __/s/_____
15 JAMES A. BOWMAN
   Assistant United States Attorney